### Kelly Sue ANDERSON, Appellee

v.

### COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.

Supreme Court of Pennsylvania.

Jan. 17, 2001.

## ORDER

PER CURIAM:

AND NOW, this 17th day of January, 2001, the order of the court of common pleas, which reinstated appellee's driving privileges on the basis that 75 Pa.C.S. § 1584 is unconstitutional, is reversed, and the case is remanded for proceedings consistent with *Harrington v. Department of Transportation*, 563 Pa. 565, 763 A.2d 386 (2000).

■

**J.H., Petitioner**